UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESLA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEX KHATILOV.<br><br>　　　　Defendant. | Case No.: 5:21-cv-00528<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Date: _____<br>Time: _____<br>Dept: _____<br>Judge: _____<br><br>Complaint Filed: January 22, 2021 |

**CORPORATE DISCLOSURE STATEMENT**

　　Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Tesla, Inc. states that it has no parent corporation and no publicly held company owns 10% or more of its stock.

Dated:  January 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　*s/ Joseph Alm*
　　　　　　　　　　　　　　　　　　　　　　　Joseph Alm

　　　　　　　　　　　　　　　　　　　　　　　Joseph Alm
　　　　　　　　　　　　　　　　　　　　　　　State Bar # 294362
　　　　　　　　　　　　　　　　　　　　　　　Tesla, Inc.
　　　　　　　　　　　　　　　　　　　　　　　901 Page Avenue
　　　　　　　　　　　　　　　　　　　　　　　Fremont, California 94538-734
　　　　　　　　　　　　　　　　　　　　　　　jalm@tesla.com
　　　　　　　　　　　　　　　　　　　　　　　(650) 681-5000

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　Tesla, Inc.