**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TESLA, INC.,**<br><br>          Plaintiff,<br><br>    v.<br><br>**ALEX KHATILOV**,<br><br>          Defendant. | Case No. 4:21-cv-00528-YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING AND SETTING COMPLIANCE DEADLINE**<br><br>Re: Dkt. Nos. 11, 12 |

The parties have filed a joint stipulation as to the pending Order to Show Cause, Preliminary Injunction, and Evidence Preservation Order, which the Court has granted.  (*See* Dkt. Nos. 11, 12.)  Accordingly, the Court hereby **VACATES** the Order to Show Cause hearing and **SETS** a compliance deadline for **9:01 a.m.** on **Friday, March 26, 2021**.  **Five (5) business days** prior to the date of the compliance deadline, the parties shall file a **JOINT STATEMENT** setting forth the status of this case.  If compliance is complete, the compliance deadline will be taken off calendar.

**IT IS SO ORDERED.**

Dated: February 3, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**