**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TESLA, INC.**, <br>       Plaintiff, <br><br> v. <br><br> **ALEX KHATILOV**, <br>       Defendant. | Case No.  4:21-cv-00528-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| DEFENDANT'S ANSWER TO COMPLAINT FILED: | May 28, 2021 |
| CASE MANAGEMENT CONFERENCE: | Monday, September 13, 2021 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | August 31, 2021 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only for good cause by Motions under FRCP Rule 16(b)(4) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

*Pro se* defendant Alex Khatilov is informed that the District Court has produced a guide for self-represented/*pro se* litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial.  It is available electronically online at https://www.cand.uscourts.gov/pro-se-litigants/.

1   Mr. Khatilov is further informed of the Legal Help Center. Assistance is available through
2   the Legal Help Center. Parties can make an appointment to speak with an attorney who can
3   provide basic legal information and assistance. The Help Center does not see people on a "drop-
4   in" basis, and will not be able to represent parties in their cases. There is no charge for this
5   service. To make an appointment with the Legal Help Center, Mr. Khatilov may: (1) call 415-782-
6   8982; or (2) email federalprobonoproject@sfbar.org. The Help Center's website is available at
7   https://cand.uscourts.gov/legal-help.

**IT IS SO ORDERED.**

Dated: April 26, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**