| | |
|---|---|
| 1 | Joseph Alm (CA Bar # 29462) |
| | jalm@tesla.com |
| 2 | Tesla, Inc. |
| | 901 Page Ave. |
| 3 | Fremont CA 94538 |
| | (650) 681-5000 |
| 4 | |
| | Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC. | |
| | Case No. 4:21-CV-00528 |
| Plaintiff, | |
| | STIPULATED EXTENSION OF TIME TO ANSWER AND PROPOSED ORDER |
| v. | |
| ALEX KHATILOV | |
| Defendant. | |

Defendant Alex Khatilov has requested additional time to answer the complaint in this matter. He has informed Tesla that he has been in contact with the legal aid resources available through the Court. In light of the fact that Khatilov is proceeding *pro se* and in light of his efforts to date to comply with outstanding deadlines, the parties believe good cause exists to extend the time to answer in this matter to June 30, 2021. Therefore, Plaintiff Tesla and Defendant Khatilov jointly stipulate to an extension of time to answer the complaint to June 30, 2021, and move the Court for entry of the proposed order below.

DATE: June 3, 2021

Signed: ___*Joseph Alm*___
Joseph Alm (CA Bar # 29462)
jalm@tesla.com
Tesla, Inc.
901 Page Ave.
Fremont CA 94538
(650) 681-5000

*Counsel for Plaintiff*

Signed: _____*Alex Khatilov*_____
Alex Khatilov
*proceeding pro se*
556 Chestnut Ave
San Bruno, California 94066
alex@alex.cc
650 400-4020

*Defendant*

**[PROPOSED] ORDER**

This Court, having considered the parties' stipulation, and it appearing there is good cause to extend time to answer in this matter, hereby orders that the time for Defendant Khatilov to answer Plaintiff Tesla's complaint is extended to June 30, 2021.

DATE: _____

Hon. Yvonne Gonzalez Rogers
United States District Judge