1  Joseph Alm (CA Bar # 29462)
   jalm@tesla.com
2  Tesla, Inc.
   901 Page Ave.
3  Fremont CA 94538
   (650) 681-5000
4
   Counsel for Plaintiff
5
                    **UNITED STATES DISTRICT COURT**
6
                    **NORTHERN DISTRICT OF CALIFORNIA**
7
8  TESLA, INC.
                                    Case No. 4:21-CV-00528
9          Plaintiff,
                                    **ORDER GRANTING STIPULATED**
10     v.                           **EXTENSION OF TIME TO ANSWER**
                                    ~~AND PROPOSED ORDER~~
11 ALEX KHATILOV

12         Defendant.

13      Defendant Alex Khatilov has requested additional time to answer the complaint in this matter. He

14 has informed Tesla that he has been in contact with the legal aid resources available through the Court. In

15 light of the fact that Khatilov is proceeding *pro se* and in light of his efforts to date to comply with

16 outstanding deadlines, the parties believe good cause exists to extend the time to answer in this matter to

17 June 30, 2021. Therefore, Plaintiff Tesla and Defendant Khatilov jointly stipulate to an extension of time to

18 answer the complaint to June 30, 2021, and move the Court for entry of the proposed order below.

19 DATE: June 3, 2021

20
   Signed: *Joseph Alm*                    Signed: *Alex Khatilov*
21 Joseph Alm (CA Bar # 29462)             Alex Khatilov
   jalm@tesla.com                          *proceeding pro se*
22 Tesla, Inc.                             556 Chestnut Ave
   901 Page Ave.                           San Bruno, California 94066
23 Fremont CA 94538                        alex@alex.cc
   (650) 681-5000                          650 400-4020
24
25 *Counsel for Plaintiff*                 *Defendant*

26

27

28

1

**[PROPOSED] ORDER**

2  This Court, having considered the parties' stipulation, and it appearing there is good cause to extend

3  time to answer in this matter, hereby orders that the time for Defendant Khatilov to answer Plaintiff Tesla's

4  complaint is extended to **June 30, 2021**.

5  DATE: June 14, 2021

_____
6  **YVONNE GONZALEZ ROGERS**
   **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28