UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TESLA, INC.

    Plaintiff,

v.

ALEX KHATILOV

    Defendant.

Case No. 5:21-CV-00528 -YGR

ANSWER OF DEFENDANT ALEX KHATILOV TO COMPLAINT OF PLAINTIFF TESLA, INC.

FILED JUN 16 2021 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

Defendant, ALEX KHATILOV, answers the complaint of Plaintiff, TESLA, INC. as follows:

1. Defendant denies the allegations in paragraphs 1, 2, 3, 4 and 5.

2. Defendant admits the allegations in paragraphs 6, 7, 8, 9, 10 and 11.

3. Defendant has not information or belief that the allegations in paragraphs 12, 13, 14, 15, 16, 17, 18, 19, 20 and 21 are true.

4. Defendant admits the allegations in paragraphs 22, 23, 24 and 25.

5. Defendant denies the allegations in paragraph 26.

6. Defendant has not information or belief that the allegations in paragraphs 26 and 27 are true.

7. Defendant denies the allegations in paragraphs 28 and 29.

8. Defendant admits the allegations in paragraph 30.

9. Defendant denies the allegations in paragraphs 31, 32 and 33.

10. Defendant admits the allegations in paragraph 34.

11. Defendant denies the allegations in paragraphs 35, 36 and 37.

12. Defendant has not information or belief that the allegations in paragraph 38 is true.

13. Defendant denies the allegations in paragraph 39.

14. Defendant admits the allegations in paragraph 40.

15. Defendant has not information or belief that the allegations in paragraphs 41 and 42 are true.

16. Defendant denies the allegations in paragraph 43.

17. Defendant has not information or belief that the allegations in paragraphs 44, 45, 46, 47 and 48 are true.

18. Defendant denies the allegations in paragraphs 49, 50, 51, 52, 53, 54 and 55.

19. Defendant has not information or belief that the allegations in paragraphs 56 and 57 are true.

20. Defendant denies the allegations in paragraph 58.

21. Defendant has not information or belief that the allegations in paragraphs 59, 60 and 61 are true.

22. Defendant denies the allegations in paragraphs 62, 63, 64, 65, 66, 67 and 68.

23. Defendant has not information or belief that the allegations in paragraphs 69 and 70 are true.

24. Defendant admits the allegations in paragraphs 71 and 72.

25. Defendant denies the allegations in paragraphs 73 and 74.

26. Defendant has not information or belief that the allegations in paragraph 75 is true.

DATED: _____  _____
Joseph Alm
Attorney for Plaintiff

DATED: 06/08/2021
_____
Alex Khatilov
Proceeding Pro Se

DATED: _____  _____
Hon. Yvonne Gonzalez Rogers
United States District Judge

Date: 06/08/2021

City and State where sworn and signed: San Bruno, CA

Printed name: Alex Khatilov
            [printed name]

Signature: _[signature]_

4

Alex Kiselov
556 Chestnut Ave
San Bruno, CA 94066


CERTIFIED MAIL
7021 0950 0000 4556

U.S. Dis[trict]
1301 C[lay]
Oaklan[d]

Alex Kiselov
556 Chestnut Ave
San Bruno, CA 94066

U.S. POSTAGE PAID
FCM LG ENV
SAN BRUNO, CA
94066
JUN 14, 21
AMOUNT
$4.80
R2305H127423-08

TRICT COURT
lay STREET, Suite 400 S
D, CA 94612