Joseph Alm (CA Bar # 29462)
jalm@tesla.com
Tesla, Inc.
901 Page Ave.
Fremont CA 94538
(650) 681-5000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEX KHATILOV, an individual,<br><br>　　　　Defendant. | CASE NO. 4:21-CV-00528-YGR<br><br>**JOINT STIPULATION OF DISMISSAL, FED R. CIV. P. 41(A)(1)(A)(II), AND PROPOSED STIPULATED PERMANENT INJUNCTION** |

　　　　WHEREAS, Plaintiff Tesla, Inc. ("Tesla") filed this action against Defendant Alex Khatilov ("Khatilov") on January 22, 2021, asserting claims for misappropriation of trade secrets and breach of contract arising from Khatilov's unauthorized uploading of confidential Tesla documents to his personal Dropbox account, *see* Dkt. 1;

　　　　WHEREAS, the Court entered temporary restraining order on January 22, 2021, Dkt. 7, and entered a preliminary injunction on February 3, 2021, Dkt. 12, each requiring Khatilov to refrain from disclosure to any third party of Tesla confidential information, to preserve all documents relating to this lawsuit and his employment with Tesla, among other things, and to provide data and computer images to Tesla's counsel for imaging and inspection;

　　　　WHEREAS, Khatilov has provided images of his devices and electronic accounts to Tesla and has provided sworn testimony in deposition concerning this matter;

　　　　WHEREAS, Tesla and Khatilov have entered into a settlement agreement to resolve all claims asserted in this action, the terms of which are confidential but require Khatilov to make a monetary

payment to Tesla and provide Tesla with ongoing rights to audit his accounts, devices, and data to ensure that he does not possess (or come into possession of) Tesla confidential information;

WHEREAS, as part of the Parties' settlement, Tesla and Khatilov agree to and jointly request the Court to enter Exhibit 1 as a permanent injunction (with a three-year term) to maintain the current prohibition against sharing confidential Tesla information acquired during Khatilov's employment with Tesla;

WHEREAS, the parties have stipulated to the retention of jurisdiction by this Court for the purpose of enforcing the parties' settlement agreement and permanent injunction;

NOW, THEREFORE, in light of their settlement, the parties hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed following entry of the permanent injunction, each party to bear its fees and costs.

Respectfully submitted,

Date: August 25, 2021

/s/ *Joseph Alm*  /s/ *V. Rkh*

Joseph Alm  Alex Khatilov

Counsel for Plaintiff Tesla, Inc.  Defendant, proceeding *pro se*

# EXHIBIT 1

## [PROPOSED] PERMANENT INJUNCTION ORDER

This Court, having considered the Parties' agreement to the below permanent injunction and the bases provided for the Court's prior temporary restraining order and preliminary injunction in this matter, finds good cause to permanently enjoin Defendant Khatilov as follows.

**THEREFORE**, for three years from today's date, Alex Khatilov is **HEREBY**:

1. **ENJOINED AND RESTRAINED** from obtaining, retaining, using, transmitting, disseminating, or disclosing any of Tesla's quality assurance files that Khatilov downloaded, transferred, or otherwise obtained from Tesla's servers during his employment with Tesla between December 28, 2020 and January 6, 2021, including any information contained within or deriving from those files (together, the "Tesla Trade Secrets"), but this restraint shall not apply to any Tesla information made publicly available through means and sources completely independent of Khatilov;

2. To the extent not already done, **REQUIRED** to return to Tesla, within three (3) days, all Tesla equipment, tangible materials, and information that remain in Khatilov's possession, custody, or control, including but not limited to any emails, files, records, or other documents that Khatilov downloaded, removed, or otherwise obtained from Tesla, whether original or duplicate.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
**HON. YVONNE GONZALEZ ROGERS**
**United States District Judge**